## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JANICE MURRELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | File No.  1:14-cv-01404-WBH-ECS |
| ) | |
| FLUOR CORPORATION, ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff Janice Murrell, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), and hereby voluntarily dismisses all claims she has asserted against Defendant in the above-captioned civil action, without prejudice.

Respectfully submitted this 19th day of August 2014

**/s/ Robert C.D. McDonald**
Georgia Bar No. 489600
Attorney for Plaintiff

Law Offices of Robert C.D. McDonald
6340 Sugarloaf Parkway, Suite 200
Duluth, Georgia 30097
(770) 662-1550 - Telephone
(770) 662-1561 - Fax
rmcdonaldlaw@ceocenters.com